IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUSKY INJECTION MOLDING SYSTEMS LTD., § § § Plaintiff, § § v. § NINGBO AO SHENG MOLD CO., LTD. § d/b/a AOSIMI, § § Defendant. § | CIVIL ACTION NO. 2:24-CV-348-RWS-RSP |

## ORDER

Before the Court is Plaintiff Husky Injection Molding Systems Ltd.'s Motion for Default Judgment and Permanent Injunction. Docket No. 43. The case was referred to United States Magistrate Judge Roy S. Payne in accordance with 28 U.S.C. § 636.

On June 18, 2025, the Magistrate Judge issued a Report and Recommendation (Docket No. 44), recommending Plaintiff's motion for default judgment and permanent injunction be granted. To date, no objections have been filed.

Because no objections have been filed, any aggrieved party is barred from *de novo* review by the District Judge of the Magistrate Judge's proposed findings, conclusions, and recommendations. Moreover, except upon grounds of plain error, an aggrieved party is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report of the Magistrate Judge (Docket No. 44) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that Plaintiff Husky Injection Molding Systems Ltd.'s Motion for Default Judgment and Permanent Injunction (Docket No. 43) is **GRANTED**.

**So ORDERED and SIGNED this 16th day of September, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE